JAP:NJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -X

17 M 25

UNITED STATES OF AMERICA

- against -

NICHOLAS PAPPAS,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -X

COMPLAINT

(21 U.S.C. § 841(a)(1))

EASTERN DISTRICT OF NEW YORK, SS:

      ERIC M. TYLER, being duly sworn, deposes and states that he is a Special Agent with the United States Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

      Upon information and belief, on or about January 10, 2017, within the Eastern District of New York, the defendant NICHOLAS PAPPAS did knowingly and intentionally manufacture, distribute, and possess with intent to distribute 100 or more marijuana plants, a Schedule I controlled substance.

      (Title 21, United States Code, Section 841(a)(1)).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1]   Because the purpose of this Complaint is to state only probable cause to arrest, I have not

1. I have been a Special Agent with DEA since 2010. My information in this case comes from my direct participation in the investigation, a review of records, discussions with other agents, and discussions with Con Edison employees.

2. In mid-December 2016, law enforcement agents received information relating to a suspected marijuana grow house at a warehouse in Jamaica, New York (hereinafter the "Jamaica Warehouse").

3. Video images from a pole camera depict defendant NICHOLAS PAPPAS entering the Jamaica Warehouse numerous times after mid-December, 2016, including on December 31, 2016, January 2, 2017, and January 4, 2017.

4. On January 10, 2017, DEA agents executed a search warrant issued by the Honorable Marilyn D. Go at the Jamaica Warehouse. Prior to execution of the warrant, agents observed defendant NICHOLAS PAPPAS enter the Jamaica Warehouse at approximately 7:48 a.m. and leave at approximately 8:10 a.m. At that time, law enforcement agents arrested the defendant.

5. The agents then entered the premises and discovered a warehouse containing a sophisticated operation to grow and process marijuana. Agents discovered four separate rooms constructed within the warehouse designed to grow marijuana. Each room contained state of the art lighting, irrigation and ventilation systems to facilitate growing the

---

described all the relevant facts and circumstances of which I am aware.

marijuana. Between the four rooms, law enforcement agents seized at least 250 marijuana plants.

WHEREFORE, your deponent respectfully requests that defendant NICHOLAS PAPPAS be dealt with according to law.

Eric Tyler
Special Agent, DEA

Sworn to before me this
10th day of Ja——— ————

THE HONOR
UNITED STA
EASTERN DI